UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
AUG 22 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA )  DOCKET NO.: 3:12cr249-W
)
vs. ) **ORDER TO UNSEAL INDICTMENT
) AND ARREST WARRANT**
)
CHARLOTTE ELIZABETH GARNES )
   a/k/a: Charlotte Garnes Carter )
)

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment and Arrest Warrant numbered above be unsealed,

**IT IS HEREBY ORDERED** that Indictment and Arrest Warrant be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 22nd day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE